IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALAN LEE BOERNER,
    Plaintiff,

vs.                                     Case No.:   3:19cv3483/MCR/EMT

WALTON COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  By order of this court dated September 19, 2019, the court directed Plaintiff to pay the filing fee or file a motion to proceed in forma pauperis within thirty (30) days (ECF No. 3).  On September 30, 2019, the copy of the order mailed to Plaintiff at his address of record, the Walton County Jail, was returned as undeliverable (ECF No. 5).  On October 22, 2019, the court re-mailed a copy of the order to Plaintiff at the release address indicated on the Walton County Jail's public website.  But on October 28, 2019, that copy of the court's order was also returned to the court as undeliverable (ECF No. 6).

Because more than three months passed since Plaintiff commenced this case, and he had not paid the filing, filed a motion to proceed in forma pauperis, kept the court apprised of his current address, or otherwise indicated his desire to litigate this

case, the court issued an order, on November 26, 2019, requiring Plaintiff to show cause, within fourteen (14) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 7). That order has now been returned to the court as undeliverable (ECF No. 8).

The time for compliance with the court's orders has elapsed, and Plaintiff has not paid the filing fee, filed a motion to proceed in forma pauperis, or provided any indication that he wishes to continue the prosecution of this case. Furthermore, the court is unable to locate Plaintiff, so the issuance of any further orders would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with court orders.

2. That the clerk of court be directed to close the file.

At Pensacola, Florida, this 13th day of December 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.